## IN THE COURT OF CRIMINAL APPEALS

## AUSTIN, TEXAS

### JESSICA NICOLE NANCE, APPELLANT

### VS.

### THE STATE OF TEXAS, APPELLEE

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

### APPEAL IN CAUSE NUMBER

### CR1101695

### IN THE COUNTY COURT AT LAW NO. 1 OF

### HUNT COUNTY, TEXAS

Abel Acosta, Clerk
FILED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

### MOTION FOR STAY OF MANDATE PENDING APPLICATION FOR CERTIORARI

**TO THE HONORABLE JUSTICES OF THE CRIMINAL COURT OF APPEALS**

Appellant Jessica Nance hereby move to stay the issuance of the mandate in the above captioned action, pending the filing and disposition of a petition for a writ of certiorari. See. Fed. R. App. P. 41 (b); 9th Cir. R. 41-1. As grounds for this motion defendant states as follows:

(1) Under Federal Appellate Rule 41 (b) this Court may stay the mandate upon Motion if the moving party intends to file a petition for a writ of certiorari. The standards for issuance of a stay in such circumstances are not exacting. "Ordinarily…a party seeking a stay of the mandate following this Court's judgment need not demonstrate that exceptional circumstances justify a stay." Bryant v. Ford Motor Co., 886 F.2d 1526, 1528-29 (9th Cir. 1989); see U.S. v. Pete, 525 F. 3d 844, 850 & n.9 (9th Cir. 2008); Campbell v. Wood, 20 F.3d 1050, 1051 (9th Cir. 1994) (en banc). Indeed, it "is often the case" that "the appellate mandate is stayed while a party seeks certiorari from the Supreme Court. " Pete, 525 F. 3d at 850. Appellant's motion for stay of the mandate satisfies these standards. A petition for certiorari would not be frivolous.

WHEREFORE, Defendants/Appellants respectfully but urgently , move the Court to stay the issuance of mandate in this cause pending a ruling by the Supreme Court on Defendants/Appellant's application for a writ of certiorari.

*Jessica Nance* 6/2/15

**JESSICA NICOLE NANCE APPELLANT/ PRO SE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a printed copy of this **MOTION FOR STAY OF MANDATE PENDING APPLICATION FOR CERTIORARI** was sent to Jason A. Duff 2615 Lee Street Po box 11 Greenville, Texas 75043, State of Texas Jeffery Kovach 2500 Lee Street, Greenville, Texas 75401 and the Sixth Court of Appeals 100 north State Line Ave. Ste. 20 Texarkana, Texas 75501.

*Jessica Nance* 6/2/15

**JESSICA NICOLE NANCE/ APPELLANT/ PRO SE**